```
    UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 06106
    LESHY PAYNTER
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK
            Debtor
    SSN XXX-XX-8167


-----------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 04/05/07 and confirmed on 08/09/07.

    2.  The case was dismissed after confirmation, 06/27/2008.

    3.  The Debtor paid a total of $   6550.00 .

    4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CHASE HOME FINANCE | CURRENT MORTG | .00 | .00 | .00 |
| CHASE HOME FINANCE | MORTGAGE ARRE | 2205.20 | .00 | 2205.20 |
| ARGENT II | UNSECURED | NOT FILED | .00 | .00 |
| CAB SERVICES INC | UNSECURED | NOT FILED | .00 | .00 |
| COLLECTION CO OF AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| CREDITORS COLLECTION BUR | UNSECURED | NOT FILED | .00 | .00 |
| FORD MOTOR CREDIT CORP | UNSECURED | 14128.74 | .00 | 556.85 |
| ECMC | UNSECURED | 15920.98 | .00 | 627.49 |
| KCA FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS DEPT REVENUE | PRIORITY | 236.77 | .00 | 236.77 |
| ILLINOIS DEPT REVENUE | UNSECURED | 41.20 | .00 | 1.63 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 2205.20 | 236.77 | 30090.92 | .00 | 32532.89 |
| PRINCIPAL PAID | 2205.20 | 236.77 | 1185.97 | .00 | 3627.94 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 2205.20 | 236.77 | 1185.97 | .00 | 3627.94 |

```
The Debtor's attorney, JOHN C DENT                     , was allowed $   3000.00
and was paid $     315.00  direct and $    2685.00  through the plan.

The Trustee received $     237.06 .

Refunds to the Debtor totaled $         .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

```
Dated: 09/10/08                          /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```